TRANSMARINE CORPORATION, Libelant-Appellee, v. THE S. S. HENDRICK HUDSON, Hudson River Day Line, Claimant-Appellant, THE S. S. CLAREMONT, McAllister Navigation Company, Claimant-Appellee.

No. 227.

Circuit Court of Appeals, Second Circuit.

Jan. 20, 1931.

Arthur G. Carr, of New York City, for appellant.

Thomas H. Middleton and John E. Purdy, both of New York City, for appellees.

Before MANTON, SWAN, and AUGUS-
TUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed in open court.